**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Sharell Sharvon Cates, Dale Antonio Hodges, Jr., Scott Randolph Dudley, and John Doe, Defendants,

of whom Sharell Sharvon Cates is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2025-000680

———

Appeal From Laurens County
Huntley S. Crouch, Family Court Judge

———

Unpublished Opinion No. 2025-UP-311
Submitted September 4, 2025 – Filed September 8, 2025

———

**AFFIRMED**

———

Matthew P. Head, of Head Law Firm, LLC, of Greenville, for Appellant.

Kathryn J. Walsh, of the South Carolina Department of Social Services, of Spartanburg, for Respondent.

Mary Christine Hardee, of the South Carolina Department of Children's Advocacy, of Columbia, for the Guardian ad Litem.

--------

**PER CURIAM:**  Sharell Shavon Cates appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Cates's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and THOMAS and CURTIS, JJ., concur.**

--------

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.